# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2026

*The Court of Appeals hereby passes the following order:*

**A27A0134. JOHNERTON BLAKE GILSTRAP v. THE STATE.**

Upon consideration of the State's MOTION TO TRANSFER this appeal to the Supreme Court of Georgia, the same is hereby GRANTED. A Fulton County jury found Johnerton Blake Gilstrap guilty of malice murder and other related crimes, and Gilstrap filed a notice of appeal to this Court. However, the Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III(8). Because a penalty of death may be imposed for the crime of malice murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1(a), (e)(1); see also *Hart v. State*, 322 Ga. 1, 10(1) (917 SE2d 631) (2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/07/2026*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*